UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE UBS AG ERISA LITIGATION

No. 08 Civ. 6696 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the Mandate from the Court of Appeals for the Second Circuit affirming in part and vacating in part the Court's Order dismissing this action, and remanding the case to this Court. Accordingly, IT IS HEREBY ORDERED THAT the parties shall submit a joint letter to the Court on or before May 29, 2013, that discusses at least the following issues: the remaining claims and issues in the case; what progress, if any, has been made towards settlement; and, the anticipated next steps in the case and a corresponding proposed schedule.

SO ORDERED.

Dated:    May 15, 2013
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE